**Geronimo DEL MURO–SANCHEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–71761.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2013.*

Filed Aug. 20, 2013.

Ann A. Lim, Esquire, Los Angeles, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Glen T. Jaeger, OIL, DOJ–U.S. Department of Justice, Washington, DC, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, WARDLAW, and PAEZ, Circuit Judges.

### MEMORANDUM **

Geronimo Del Muro–Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for registration as a lawful permanent resident under 8 U.S.C. § 1259. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Substantial evidence supports the BIA's adverse credibility finding. *See Singh v. Ashcroft,* 367 F.3d 1139, 1143–44 (9th Cir. 2004).

Substantial evidence also supports the BIA's finding that Petitioner failed to establish that he resided continuously in the United States after entering prior to January 1, 1972. *See Manzo–Fontes v. INS,* 53 F.3d 280, 282 (9th Cir.1995) (court generally reviews for substantial evidence agency's determination regarding statutory ineligibility). Therefore, the BIA's conclusion that he was statutorily ineligible for registry as a lawful permanent resident under 8 U.S.C. § 1259 was correct.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.